UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARON CHAMBERS,

      Plaintiff,                               CASE NO.:  4:17-CV-00438-MW-CAS

-vs-

STERLING JEWELERS INC. d/b/a KAY
JEWELERS and SIGNET LIMITED,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Sharon Chambers, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Joshua A. Mize, Esquire, Morris, Manning & Martin, LLP, 1401 Eye Street, N.W., Suite 600, Washington, DC  20005, at jmize@mmmlaw.com.

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com

jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*