UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARON CHAMBERS

    VS                                                      CASE NO. 4:17cv438-MW/CAS

STERLING JEWELERS, INC.,
d/b/a Kay Jewelers, and
Signet Limited

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

January 30, 2018                           s/ Victoria Milton McGee
DATE                                           Deputy Clerk: Victoria Milton McGee